UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: ROBBINS GOLF, INC. | § Case No. 11-84288 |
| | § |
| | § |
| Debtor(s) | § |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   327 South Church Street, Room #1100
   Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/03/2012 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated : 08/17/2012     By:  /s/JOSEPH D. OLSEN
                                            Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: ROBBINS GOLF, INC.     §   Case No. 11-84288
                              §
                              §
                              §
Debtor(s)                     §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $     20,000.00

*and approved disbursements of*               $        733.39

*leaving a balance on hand of* [1]            $     19,266.61

**Balance on hand:**                          $     19,266.61

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:    $         0.00
Remaining balance:                        $    19,266.61

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 2,215.87 | 0.00 | 2,215.87 |
| Trustee, Expenses - JOSEPH D. OLSEN | 70.50 | 0.00 | 70.50 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,625.00 | 0.00 | 1,625.00 |

Total to be paid for chapter 7 administration expenses:   $    3,911.37
Remaining balance:                                        $   15,355.24

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 15,355.24 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,487.52 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Internal Revenue Service | 8,487.52 | 0.00 | 8,487.52 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 8,487.52 |
| Remaining balance: | $ | 6,867.72 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,016.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Internal Revenue Service | 124.91 | 0.00 | 124.91 |
| 2 | John Deere Financial, f.s.b. | 891.85 | 0.00 | 891.85 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 1,016.76 |
| Remaining balance: | $ | 5,850.96 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 500.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | William Morris, CPA | 500.00 | 0.00 | 500.00 |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 500.00 |
| Remaining balance: | $ 5,350.96 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 5,350.96 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $9.62. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $5,341.34.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                              Case No. 11-84288-MB
Robbins Golf, Inc.                                                  Chapter 7
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0752-3          User: vgossett             Page 1 of 2             Date Rcvd: Sep 11, 2012
                              Form ID: pdf006            Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2012.
db           +Robbins Golf, Inc.,    1786 Charles Waite Street,    Sycamore, IL 60178-8700
17869323     +ANR Pipeline Co,    717 Texas Street, Ste 2400,    Houston, TX 77002-2834
17869325     +D & S, LTD,    13809 Research Blvd, Ste 800,    Austin, TX 78750-1211
17869326     +Edward and Christine Garcia,    % Law Offices of Brian M. Smith P.C,    2260 W. 93rd Avenue,
               Merrillville, IN 46410-6901
18795025      John Deere Financial, f.s.b.,    f/k/a FPC Financial, f.s.b.,    PO Box 6600,
               Johnston, IA 50131-6600
17869331     +MR. Kenneth Wilk,    Rubino Ruman Crosmer Smith et al,    275 Joliet Street, Ste 330,
               Dyer, IN 46311-1778
17869330     +Mr. John P Rupcich,    9120 Connecticut Drive Ste G,    Merrillville, IN 46410-7015
17869332     +Mr. Lyle R. Hardman,    205 W. Jefferson Street, Ste 300,    P.O. Box 4156,
               South Bend, IN 46634-4156
17869333     +Ms. Beverly Mack,    450 St. John Rd, Ste 204,    Michigan City, IN 46360-7346
17869334     +Ms. Dinah Sampson,    Hunt Suedoff Kalamaros LLP,    P.O Box 4156,    South Bend, IN 46634-4156
17869335     +Ms. Katharine Hosty,    Cassidy Schade LLP,    20 N. Wacker Ste 1000,    Chicago, IL 60606-2911
17869336     +Power Plan,    P.O. Box 5328,    Madison, WI 53705-0328
17869337     +Thomas Schuyler,    d/b/a The Schuyler Group,    9004 Indianapolis Blvd,    Highland, IN 46322-2501
19185153     +William Morris, CPA,    7811 North Alpine Road, #114,    Loves Park, IL 61111-3196

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17869327     +E-mail/Text: bankruptcynotification@frontiercorp.com Sep 12 2012 02:16:04     Frontier,
               P.O. Box 6000,    Hayden, ID 83835-2009
17869328     +E-mail/Text: shash@sos.in.gov Sep 12 2012 02:39:59     Indiana Dept of National Resources,
               402 W. Washington St,    Indianapolis, IN 46204-2756
17869329      E-mail/Text: cio.bncmail@irs.gov Sep 12 2012 02:08:00     Internal Revenue Service,
               Centralized Insolvency,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17869324     ##+CNH Capital,    P.O. Box 1083,    Evansville, IN 47706-1083
                                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 13, 2012**              **Signature:**  _Joseph Speetjens_

```
District/off: 0752-3          User: vgossett            Page 2 of 2             Date Rcvd: Sep 11, 2012
                              Form ID: pdf006           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2012 at the address(es) listed below:

```
              Joseph D Olsen    Jolsenlaw@comcast.net,  IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Trustee Joseph Olsen jolsenlaw@aol.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Scott E Hillison    on behalf of Debtor  Robbins Golf, Inc. mmagnuson@bjnatalelaw.com
              Stephen G Balsley    on behalf of Creditor Eduardo & Christine Garcia sbalsley@bslbv.com
                                                                                             TOTAL: 5
```